UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00178-1 |
| | ) Chief Judge Haynes |
| SADIE MINOR | ) |

*[Handwritten annotations: "DEN'D as to this matter / NO GRANT'D" with signature, dated 10-24-13]*

MOTION FOR JUDICIAL PERMISSION

Sadie Minor, by and through counsel, requests judicial permission to leave the Middle District of Tennessee to attend a family reunion in New Mexico scheduled for September 15, 2014 through September 21, 2014. This request would also include travel time to and from Nashville to attend the family reunion in the state of New Mexico.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically filed the foregoing Motion for Judicial Permission with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brooklyn Danielle Sawyers, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.
This motion has also been served, via electronic mail, to Jon Hahn, U.S. Probation Officer, Senior U.S. Probation Officer, 304 U. S. Courthouse, 817 South Garden Street, Columbia, TN 38401.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN